UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUS WHO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>US GOVERNMENT,<br><br>　　　　　Defendant. | Case No. 16-cv-02993 NC<br><br>ORDER REASSIGNING CASE AND REPORT AND RECOMMENDATION TO DISMISS<br><br>Re: Dkt. No. 7 |

In this case alleging that the United States government is responsible for causing catastrophic earthquakes and concealing their occurrence from the public, an anonymous plaintiff seeks to proceed using the pseudonym Gus Who. Dkt. No. 1. Because Plaintiff has not consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), the Court ORDERS the matter REASSIGNED to a district court judge. For the reasons explained below, the Court RECOMMENDS that the district court DISMISS the action under § 1915.

**I.　BACKGROUND**

Plaintiff claims that he has "prophetic dreams" about earthquakes that will happen as a result of fracking done in secret by the United States government. Dkt. No. 7 at 2. He filed his original complaint on June 3, 2016. Dkt. No. 1. He also requested leave to proceed in forma pauperis and for permission for electronic case filing. Dkt. Nos. 2, 3.

Case No. 16-cv-02993 NC

1   The Court ordered Plaintiff to show cause why he should not be required to disclose his
2   name in the lawsuit and denied his request for permission for electronic case filing.  Dkt.
3   No. 6.  Plaintiff filed an amended complaint and a response to the order that does not
4   persuade the Court that he should be permitted to proceed anonymously.  Dkt. Nos. 7, 8.

5   Plaintiff's response states that "Plaintiff has clearly sent mail to the FBI and have
6   filed this suit claiming that millions of lives and property are at stake, as the 'numbers'
7   being reported are 'fishy' to a point where a atomic size bombs are going off underground
8   causing earthquakes that people can feel for hundreds of miles away.  In fact other
9   countries may file a claim to whatever new form of government comes through this
10  foreseeable future."  Dkt. No. 8 at 2.  To explain his need for anonymity, Plaintiff states
11  that he has "used fictitious names prior to this Class action, and was granted such status . . .
12  such as John Jacob Jingleheimer Schmidt and Robin Hood in USDC For Southern District
13  of Florida in Case No. 09-MD-02036-JLK and then even sued the USDC Judge (King) in
14  that case in San Francisco, Case # C-12-01542 SI as it was 'fixed.'"  *Id*.

15  The Court also ordered Plaintiff to file a consent or declination to magistrate judge
16  jurisdiction by July 14, 2016.  Dkt. No. 6.  The Court has sent Plaintiff forms to either
17  consent or decline magistrate judge jurisdiction twice.  Plaintiff has not filed a consent or
18  declination.

19  **II.   LEGAL STANDARD**

20  Under 28 U.S.C. § 1915(a), "any court of the United States may authorize the
21  commencement . . . of any suit . . . without prepayment of fees or security therefor, by a
22  person who submits an affidavit that includes a statement . . . that the person is unable to
23  pay such fees or give security therefor."  A district court must dismiss the complaint of an
24  in forma pauperis (IFP) applicant if it determines that the complaint is frivolous or fails to
25  state a claim upon which relief can be granted.  28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*,
26  203 F.3d 1122, 1126-27 (9th Cir. 2000).  A complaint is frivolous for purposes of 28
27  U.S.C. § 1915 if it lacks an arguable basis either in law or in fact.  *Neitzke v. Williams*, 490
28  U.S. 319, 325 (1989).  "Dismissals on these grounds are often made sua sponte prior to the

Case No. 16-cv-02993 NC              2

1  issuance of process, so as to spare prospective defendants the inconvenience and expense
2  of answering such complaints." *Id.* at 324.
3     Further, district courts have the authority to dismiss complaints founded on "wholly
4  fanciful" factual allegations for lack of subject matter jurisdiction. *Franklin v. Murphy*,
5  745 F.2d 1221, 1228 (9th Cir. 1984).
6     Where a litigant is acting pro se and the court finds the litigant's complaint
7  frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B), the pro se litigant "must be
8  given leave to amend his or her complaint, and some notice of its deficiencies, unless it is
9  absolutely clear that the deficiencies of the complaint could not be cured by amendment."
10 *Cato v. United States*, 70 F.3d 1103, 1106 (9th Cir. 1995) (citation omitted).

### III. ANALYSIS

Plaintiff has shown in his IFP application that he is unable to pay the filing fee required to file a complaint in federal district court. Dkt. No. 2. However, his amended complaint does not pass § 1915 review and should be dismissed. Plaintiff fails to identify any legal basis for his claims and alleges facts that are wholly incredible and his complaint therefore lacks an arguable basis either in law or in fact. *Neitzke*, 490 U.S. at 325. His assertion that he is a prophetic dreamer who is able to see the future and discern an apocalyptic destruction of the United States due to fracking and underground bombing tests being secretly run by the government and resulting in seismic earthquakes is "wholly fanciful." *Franklin*, 745 F.2d at 1228; Dkt. No. 7 at 2. Further, his response to the Court's order to show cause why he must proceed anonymously does not satisfy the requirements for proceeding under a pseudonym as set out by the Ninth Circuit in *United States v. Stoterau*, 524 F.3d 988, 1012 (9th Cir. 2008) and *United States v. Doe*, 488 F.3d 1154, 1156 n. 1 (9th Cir. 2007). *See* Dkt. No. 6 at 2. Because Plaintiff has failed to state the legal or factual elements of a claim and has failed to show why he should be permitted to bring his case anonymously, the Court recommends that his case be dismissed. *Neitzke*, 490 U.S. at 325; *Franklin*, 745 F.2d at 1228.

Case No. 16-cv-02993 NC            3

## IV. CONCLUSION

This Court RECOMMENDS that the newly assigned district court judge dismiss the complaint pursuant to Section 1915(e) with leave to amend to clarify what law Plaintiff alleges the government has broken.  He may file objections to this report and recommendation with the district court judge within fourteen days after being served with a copy.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b); Civil L.R. 72-3.  Failure to file objections within the specified time may waive the right to appeal the district court's ultimate order.

**IT IS SO ORDERED.**

Dated:  July 21, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge