UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GUS WHO, on behalf of all victims and Individuals whom have a stake in this action, et al.,<br><br>            Plaintiff,<br><br>     v.<br><br>U.S. GOVERNMENT,<br><br>            Defendant. | Case No.  5:16-cv-02993-EJD<br><br>**ORDER TO SHOW CAUSE** |

On August 16, 2016, the court issued an order dismissing Plaintiff's complaint after review pursuant to 28 U.S.C. § 1915(e)(2), and requiring Plaintiff to file an amended pleading by August 31, 2016.  To date, Plaintiff has not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute.  If Plaintiff does not, by **September 23, 2016**, file an amended complaint in a manner consistent with the August 16th order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated:  September 9, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:16-cv-02993-EJD
ORDER TO SHOW CAUSE